**AFFIRM; and Opinion filed February 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00316-CR

### MARK THOMAS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27,514**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Mark Thomas, Jr. appeals following the adjudication of his guilt for aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). The trial court assessed punishment at fourteen years' imprisonment. On appeal, Thomas's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to Thomas.  We advised Thomas of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130316F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK THOMAS, JR., Appellant

No. 05-13-00316-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 196th Judicial District
Court of Hunt County, Texas (Tr.Ct.No.
27,514).
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE